**FILED**

**JUL 2 5 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-01140 (RCL) |
| ) | |
| EDGEWOOD MANAGEMENT ) | |
| CORPORATION, *et al.* ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is defendants' Motion to Dismiss. Upon consideration of the motions, opposition, replies, the entire record in this case, and the applicable law, the Court hereby **DENIES** defendants' Motion to Dismiss for the reasons set forth in the accompanying Memorandum Opinion issued on this date.

IT IS SO ORDERED this 22nd day of July, 2016.

ROYCE C. LAMBERTH
United States District Judge