## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAURICE A. ALEXANDER,

    *Plaintiff,*

    v.

EDGEWOOD MANAGEMENT
CORPORATION, *et al.,*

    *Defendants.*

Case No.: 1:15-cv-01140-RCL

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the Parties' Joint Report of the Rule 26(f)/LCvR 16.3 Conference it is ORDERED that this case shall proceed according to the following schedule unless ordered by the Court:

1.    The Parties shall exchange Initial Disclosures no later than October 3, 2016;

2.    The Parties shall add additional parties no later than January 15, 2017;

3.    The Party with burden on issue(s) shall serve Rule 26(a)(2) disclosures no later than February 10, 2017;

4.    The Parties shall exchange Rule 26(a)(2) disclosures in response to any report served on February 10, 2017 no later than March 10, 2017;

5.    Rebuttal Expert Reports and Disclosures shall be served no later than April 10, 2017;

6.    All discovery shall be complete no later than May 5, 2017;

7.    Dispositive motions shall be filed no later than June 2, 2017;

8.    Pretrial conference shall be scheduled within 30 days of ruling on dispositive motions or earliest available date after June 2, 2017 if no such motion is filed; and

9.      Trial shall be scheduled within 60 days of the pretrial conference.


**SO ORDERED.**

Dated: ___10/14/16___

ROYCE C. LAMBERTH
United States District Judge