**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAURICE A. ALEXANDER,<br><br>    *Plaintiff,*<br><br>    v.<br><br>EDGEWOOD MANAGEMENT CORPORATION, *et al.,*<br><br>    *Defendants.* | Case No.: 1:15-cv-01140-RCL |

### JOINT SUBMISSION REQUESTING ENTRY OF AMENDED SCHEDULING ORDER

Pursuant to the Court's Order of July 31, 2017 (Dkt. 55), counsel for all parties have conferred and agreed to the schedule set forth in the accompanying proposed order. The parties respectfully request entry of the accompanying Proposed Amended Scheduling Order.

Dated: August 15, 2017

Respectfully submitted,

*/s/Steven J. Routh*
Steven J. Routh (D.C. Bar No. 376068)
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 Fifteenth Street, N.W.
Washington, D.C. 20005
srouth@orrick.com
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

Elliot Mincberg (D.C. Bar No. 941575)
Catherine Cone (admitted *pro hac vice*)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W. - Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010

**Counsel for Plaintiff Maurice A. Alexander**

*/s/Andrew J. Marcus*
Allan S. Block #431010
Andrew J. Marcus #454550
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W. – 8th Floor
Washington, D.C. 20036
ablock@bonnerkiernan.com
amarcus@bonnerkiernan.com
Tel: (202) 712-7000
Fax: (202) 712-7100

**Attorneys for Edgewood Management Corporation and Community Preservation & Development Corporation**

*/s/David G. Sommer*
David G. Sommer, Federal Bar No. MD 27581
Lindsey N. McCulley (admitted *pro hac vice*)
Gallagher Evelius & Jones LLP
218 North Charles Street, Suite 400
Baltimore, Maryland 21201
(410) 727-7702
dsommer@gejlaw.com

**Attorneys for A&R Management, Inc. and East Capitol Senior Rental LP**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 15, 2017, the foregoing document was filed with the Court via CM/ECF, which will serve all counsel of record.

*/s/ Steven J. Routh*
Steven J. Routh