

**FILED**
APR 03 2018
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAURICE A. ALEXANDER, §
§
PLAINTIFF, §
§ Case No. 15-CV-01140-RCL
v. §
§
EDGEWOOD MANAGEMENT §
CORPORATION, ET AL., §
§
DEFENDANTS. §

---

**Order:
Granting the Defendants' Motion to Strike
Striking ECF #56
Denying the Parties' Request for a Telephonic Conference**

---

Although the parties filed on August 15, 2017, what was docketed [ECF #56] as a Joint Motion for a Scheduling Order, the defendants moved [58] to strike the joint motion. An opposition [59] was filed with an Amended Scheduling Order proposed by the plaintiff, to which the defendants filed a reply [60]. Thereafter, the parties filed a Joint Motion [61] requesting a telephonic scheduling conference.

The motion to strike [58] is GRANTED, as there was obviously no joint, agreed-upon motion for a scheduling order. The alleged joint motion [56] is therefore STRICKEN.

The motion for a telephonic conference [61] is DENIED. Counsel must first meet and confer and seek to agree upon a joint scheduling order. Within 30 days of this date, the parties should submit a proposed scheduling order, jointly if possible, separately if necessary (with supporting rationales, if there is no agreement). If a status hearing is needed to resolve any differences, the Court will set one at that time.

1

The Court observes that it is foolish for counsel to think that intransigence over a 3-week difference in one category of time was worth all the months of delay that result when the parties have to await the Court having time and opportunity to resolve a discovery dispute.

SIGNED this 29th day of March, 2018.

*Royce C. Lamberth*
HONORABLE ROYCE LAMBERTH
UNITED STATES DISTRICT JUDGE