UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAURICE ALEXANDER, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:15-cv-01140-RCL |
| EDGEWOOD MANAGEMENT CORPORATION, *et al.,* | : | |
| | : | |
| Defendants. | | |

**THE EDGEWOOD DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Community Preservation and Development Company ("CPDC") and Edgewood Management Corporation ("Edgewood Management") (collectively "Edgewood Defendants"), by and through its undersigned counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to Rule 56, Fed. R. Civ. P., Rule 7, L. Civ. R., and the Court's May 16, 2018 Scheduling Order, hereby files their motion for summary judgment as to all claims filed against it by the Plaintiff, Maurice Alexander ("Plaintiff"). For the reasons set forth in the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference, the Edgewood Defendants move for final summary judgment as to all claims brought by the Plaintiff because: (1) Plaintiff's claims that Edgewood violated the Fair Housing Act and District of Columbia Human Rights Act fail because the Edgewood's Tenant Selection Plans are facially neutral and do not result in a disparate impact against African Americans; (2) Plaintiff's claims that Edgewood violated the Fair Housing Act and District of Columbia Human Rights Act fail because the Tenant Selection Plans serve and further a valid interest of keeping the residents of the Edgewood Properties safe; (3) Plaintiff's breach of contract claim fails because he is not a

1

third-party beneficiary of any contract between DCHA and the Edgewood Defendants did not otherwise breach any contract; (4) Plaintiff is not entitled to injunctive relief because recent changes to the Edgewood Defendants' tenant selection criteria render his claim moot; and (5) Plaintiff is not entitled to punitive damages.

      WHEREFORE, for the reasons set forth in the accompanying Memorandum of Points and Authorities, the Edgewood Defendants hereby respectfully request that the Court enter summary judgment in their favor as to all claims against them.

Dated: September 14, 2018

                                  Respectfully submitted,

                                  **COMMUNITY PRESERVATION AND DEVELOPMENT COMPANY AND EDGEWOOD MANAGEMENT CORPORATION**

By Counsel

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

*/s/ William H. White Jr.*_____
**William H. White Jr.**
Alan S. Block, #431010
William H. White Jr., #461341
Andrew S. Bassan (Appearing *Pro Hac Vice*)
1233 20th Street, N.W. 8th Floor
Washington, D.C. 20036
ablock@bonnerkiernan.com
wwhite@bonnerkiernan.com
(202) 712-7000
(202) 712-7100 facsimile
*Attorneys for Defendants, Edgewood Management Corporation and Community Preservation & Development Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Summary Judgment, as well as the accompanying Statement of Undisputed Facts, Proposed Order and Memorandum of Points and Authorities, was served via the Court's CM/ECF system on this 14th day of September, 2018 to:

Steven J. Routh
Andre Gurayah
Logan Dwyer
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005

Hannah Lieberman
Tiffany Yang
Catherine Cone
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

*Attorneys for Plaintiff*

&

Lindsey N. McCulley
David G. Sommer
Gallagher Evelius & Jones, LLP
218 N. Charles Street, Suite 400
Baltimore, MD 21201

*Attorneys for Defendants A&R Management,
Inc. and East Capitol Senior Rental, LP*

/s/ William H. White Jr._____
**William H. White Jr.**