UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE ALEXANDER, <br><br> Plaintiff, <br><br> v. <br><br> EDGEWOOD MANAGEMENT CORPORATION, *et al.*, <br><br> Defendants. | Civil Case No. 15-1140 |

## ORDER

In accordance with the accompanying Memorandum Opinion (filed under seal), the Court **GRANTS** the defendants' motions [79, 82] for summary judgment, dismissing this case with prejudice.

The accompanying Memorandum Opinion has been sealed because of its references to the Capitol Gateway defendants' Sealed Motion for Summary Judgment [82] and its corresponding sealed exhibits [80]. Those documents were sealed to protect the names and other identifying or confidential information of tenants who are not parties in this suit.

Counsel for the Capitol Gateway defendants shall have until July 5, 2019 to show cause as to why any portion of the accompanying Memorandum Opinion may not then be unsealed and placed on the public record. Additionally, Counsel for the Capitol Gateway defendants shall have until July 25, 2019 to file redacted versions of their sealed documents on the public record.

It is **SO ORDERED**.


Date: June _25_, 2019

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAURICE ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>EDGEWOOD MANAGEMENT CORPORATION, *et al.*,<br><br>Defendants. | Civil Case No. 15-1140 |

## JUDGMENT

The Court enters judgment for the defendants, dismissing this case with prejudice.

Date: June 25, 2019

_____
Royce C. Lamberth
United States District Judge